Case 1:10-cv-00199-LJO-SKO   Document 1   Filed 02/08/10   Page 1 of 9

NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed In Paper on

FEB 0 8 2010

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRIAN E. CLAYPOOL (SBN 134674)
becesq@aol.com
THE CLAYPOOL LAWFIRM
1055 E. Colorado Blvd., Suite 500
Pasadena, California 91106
Telephone: (626) 240-4616
Facsimile: (626) 796-9951

James D. Gustafson (SBN 125772)
jgustafson@gglawla.com
Stephen R. Goostrey (SBN 112981)
sgoostrey@gglawla.com
GUSTAFSON & GOOSTREY, LLP
1055 East Colorado Blvd., Suite 500
Pasadena, CA 91106
Telephone: (626) 204-4047
Facsimile: (626) 204-4046

Attorneys for Plaintiff,
John Stewart

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JOHN STEWART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF PORTERVILLE, CALIFORNIA, a political subdivision of the State of California; AARON SUTHERLAND, an individual; MARK AZEVEDO; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:10 CV 00199 LJO SMS<br><br>**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983); BATTERY; ASSAULT; AND NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, John Stewart ("Plaintiff") for his complaint against Defendants, City of Porterville, California, Aaron Sutherland, Mark Azevedo, and DOES 1 through 10, alleges as follows:

### INTRODUCTION

1.　On or about January 11, 2009, several members of the City of Porterville, California

Police Department, including Defendants Aaron Sutherland ("Sutherland"), Mark Azevedo ("Azevedo"), and DOES 1 through 10, attempted to place Plaintiff under arrest following a domestic disturbance complaint. In fact, Plaintiff tried to the best of his ability to fully and promptly comply with his understanding of the commands and orders of the arresting officers. Moreover, Plaintiff was at all times unarmed, and at no time did he pose any threat of serious bodily injury to any of the Defendants, or to any member of the public. During the course of the arrest, these Defendants proceeded to intentionally assault and batter Plaintiff. The assault and battery upon Plaintiff was entirely unprovoked. Specifically, Plaintiff was put into a headlock and then had a knee or knees forced and driven into his back, while at the same time having his head and neck torn and pulled violently back. These Defendants' actions caused Plaintiff to suffer and endure severe pain which was made even more excruciating because he had recently undergone hip replacement surgery. Plaintiff fell forward, his leg became contorted, and the intense pain that he was experiencing caused him to reflexively grab his leg. At his point, Defendant Azevedo came up behind Plaintiff, while Plaintiff was already down on the ground, and seized Plaintiff by his head and began to repeatedly smash and hit Plaintiff's head into and against the asphalt/blacktop roadway. The Defendants angrily shouted and yelled at Plaintiff to release his hand from his injured and obviously contorted leg. Plaintiff pleaded for these Defendants to call for an ambulance because he was in severe pain and was bleeding profusely from his head. However, these Defendants responded by violently kicking Plaintiff in his ribs. Then after Plaintiff was placed into handcuffs, he was violently kicked in his genital area. Further, throughout the course of their assault and battery upon Plaintiff, these Defendants were yelling profanities at Plaintiff. Defendant Sutherland threatened Plaintiff that the next time he would "pop one in you". Another of the Defendants shouted that this is how we do things here. Plaintiff suffered a broken hip and leg, and other physical and internal injuries, as well as severe emotional distress and mental suffering. Finally, despite Plaintiff's obvious and severe pain, as well as, the displacement and contortion of his leg, these Defendants intentionally and deliberately refused to offer, render or provide any form of reasonable medical care or assistance to Plaintiff. Plaintiff has had to undergo surgeries upon both his leg and hip, and will have to undergo other surgical procedure(s) upon his leg and hip in the future. Plaintiff's current medical bills

and expenses are at least $150.000.00 and Plaintiff has been advised that his future medical bills and expenses are estimated to be a minimum of an additional $50,000.00. Plaintiff brings this lawsuit to vindicate his constitutional rights and his rights under state law.

**JURISDICTION AND VENUE**

2. This action, filed to redress the violation of Plaintiff's rights under the Fourth Amendment and Fourteenth Amendment to the United States Constitution, arise under the Civil Rights Act of 1871, 42 U.S.C. § 1983.

3. This Court has jurisdiction of this case pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. § 1367.

4. Venue is proper in this district under 28 U.S.C. § 1331(b) because Defendants reside in this district, and because a substantial part of the events or omissions giving rise to the claim occurred in this district.

**PARTIES**

5. Plaintiff is a resident of City of Porterville, California.

6. At all relevant times, Defendant Aaron Sutherland was employed by the City of Porterville, California as a police officer. Sutherland was acting within the course and scope of his employment as a City of Porterville, California police officer when he engaged in each of the wrongful acts alleged in this complaint.

7. At all relevant times, Defendant Mark Azevedo was employed by the City of Porterville, California as a police officer. Sutherland was acting within the course and scope of his employment as a City of Porterville, California police officer when he engaged in each of the wrongful acts alleged in this complaint.

8. At all relevant times, defendants DOES 1 through 10 (collectively, "DOES 1-10") were employed by the City of Porterville, California Police Department as police officers. DOES 1-10 were acting within the course and scope of their employment as City of Porterville, California police officers when they engaged in each of the wrongful acts alleged in this complaint. Plaintiff is not presently aware of the true names of DOES 1-10, but Plaintiff will seek leave of this Court to amend this pleading

1  to allege the true names of DOES 1-10 when they are ascertained.

2      9.    Defendant City of Porterville, California is a political subdivision of the State of California. At all relevant times, the City of Porterville Police Department was a department or agency of City of Porterville. At all relevant times, the City of Porterville, California was the employer of DOES 1-10.

    10.    The individual Defendants use of force against Plaintiff was unreasonable, unnecessary, illegal, and excessive, and constitutes a violation of Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution.

    11.    As a result of the individual Defendants' conduct, Plaintiff has suffered serious physical injuries, including a broken leg and hip, as well as severe emotional distress and mental suffering.

## FIRST CLAIM FOR RELIEF
**(Against Defendants Aaron Sutherland and Mark Azevedo, and DOES 1-10 For Violation of Civil Rights, 42 U.S.C. § 1983)**

    12.    Plaintiff realleges and incorporates paragraphs 1 through 11 as though fully set forth herein.

    13.    Defendants Sutherland and Azevedo, and DOES 1-10, while working as police officers for Defendant City of Porterville, California, and acting within the course and scope of their duties, seized, detained, and arrested Plaintiff without a warrant, probable cause, reasonable suspicion or any other legal justification therefore, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution, made applicable to the individual defendants by the Fourteenth Amendment.

    14.    Defendants Sutherland and Azevedo, and DOES 1-10, while working as police officers for Defendant City of Porterville, California, and acting within the course and scope of their duties, used unreasonable, unnecessary, and excessive force against Plaintiff, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution, made applicable to the individual defendants by the Fourteenth Amendment.

    15.    As a result of the Defendants' violations of Plaintiff's constitutional rights, Plaintiff has incurred and will continue to incur medical expenses, pain and suffering, as well as, severe and

1 | continuing emotional and mental distress.

2 | 16. The Defendants' conduct was malicious, wanton, oppressive, and accomplished with a conscious disregard for the rights of Plaintiff, entitling Plaintiff to an award of exemplary and punitive damages.

## SECOND CLAIM FOR RELIEF

### (Against Defendants Aaron Sutherland and Mark Azevedo, and DOES 1-10 For Violation of Civil Rights, 42 U.S.C. § 1983 Baine Act)

17. Plaintiff realleges and incorporates paragraphs 1 through 16 as though fully set forth herein.

18. Defendants Sutherland and Azevedo, and DOES 1-10, while working as police officers for Defendant Sutherland and Azevedo, and acting within the course and scope of their duties, and in further violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution, made applicable to the individual defendants by the Fourteenth Amendment, intentionally and deliberately refused to render or provide any form of reasonable medical care to treat Plaintiff for the injuries he had suffered, despite the fact that Plaintiff was pleading for medical care, treatment or attention, that Plaintiff was in obvious and severe pain, that Plaintiff was bleeding from his head, and that Plaintiff's leg was contorted and broken.

19. In engaging in the wrongful conduct and omissions alleged hereinabove, Defendants Sutherland and Azevedo, and DOES 1-10, while working as police officers for Defendant City of Porterville, California, and acting within the course and scope of their duties, deprived Plaintiff of life, liberty, and property and equal protection of the laws, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution, made applicable to the individual defendants by the Fourteenth Amendment.

20. As a result of the Defendants' violations of Plaintiff's constitutional rights, Plaintiff has incurred and will continue to incur medical expenses, pain and suffering, as well as, severe and continuing emotional and mental distress.

21. The Defendants' conduct was malicious, wanton, oppressive, and accomplished with a

conscious disregard for the rights of Plaintiff, entitling Plaintiff to an award of exemplary and punitive damages.

### THIRD CLAIM FOR RELIEF

**(Against Defendant City of Porterville, California, For Violation of Civil Rights, 42 U.S.C. § 1983)**

22. Plaintiff realleges and incorporates paragraphs 1 through 21 as though fully set forth herein.

23. The conduct of Defendants Sutherland and Azevedo, and DOES 1-10, which deprived Plaintiff of his rights under the Fourth and Fourteenth Amendments of the United States Constitution, was the result of a longstanding practice or custom which constitutes the standard operating procedure of Defendant City of Porterville, California. The individual defendants were acting pursuant to their training, instruction, and departmental policy when they attacked, assaulted, and battered Plaintiff and broke his hip and leg, and caused the aforementioned physical and mental injuries, and when they intentionally and deliberately refused to render or provide any form of reasonable medical care to treat Plaintiff for his injuries. By routinely permitting and ratifying the use of excessive force by its police officers and by routinely permitting and ratifying the deliberate denial of reasonable medical care to persons injured by its police officers, Defendant City of Porterville, California, has adopted a pattern and practice of the use of excessive force and violation of due process by depriving persons of life, liberty, and property and equal protection of the laws.

24. The longstanding practices and/or customs of Defendant City of Porterville, California, were the moving forces behind the violations of Plaintiff's constitutional rights by individual Defendants, Sutherland and Azevedo, and DOES 1-10.

25. As a result of the Defendants' violations of Plaintiff's constitutional rights, Plaintiff has incurred and will continue to incur medical expenses, pain and suffering, as well as, severe and continuing emotional and mental distress.

### FOURTH CLAIM FOR RELIEF

**(Against Defendants Aaron Sutherland and Mark Azevedo, and DOES 1-10 For Battery)**

26. Plaintiff realleges and incorporates paragraphs 1 through 25 as though fully set forth herein.

27. Pursuant to section 910 of the California Government Code, Plaintiff filed and made claims for damages to redress the significant damages incurred by the wrongful conduct alleged in this complaint. These claims were rejected and Plaintiff has now timely filed his complaint.

28. Defendants Sutherland, Azevedo, and DOES 1-10, while working as police officers for the City of Porterville, California, and while acting within the course and scope of their duties, used unreasonable, unnecessary, and excessive force against Plaintiff. These Defendants intended to perform the acts that resulted in the harmful and offensive contact with Plaintiff that is alleged hereinabove. Plaintiff did not consent to the use of this unreasonable, unnecessary, and excessive force, and did not consent to the harmful and offensive contact that resulted therefrom.

29. As a result of Defendants Sutherland, Azevedo, and DOES 1-10, use of unreasonable, unnecessary, and excessive force against Plaintiff, Plaintiff has incurred the injuries, damages, losses, and harm alleged hereinabove, and will continue to incur medical expenses, pain and suffering and mental suffering and emotional distress.

30. The Defendants' conduct was malicious, wanton, oppressive, and accomplished with a conscious disregard for the rights of Plaintiff, entitling Plaintiff to an award of exemplary and punitive damages.

## FIFTH CLAIM FOR RELIEF

**(Against Defendants Aaron Sutherland and Mark Azevedo, and DOES 1-10 For Assault)**

31. Plaintiff realleges and incorporates paragraphs 1 through 30 as though fully set forth herein.

32. Defendants Sutherland, Azevedo, and DOES 1-10, while working as police officers for the City of Porterville, California, and while acting within the course and scope of their duties, failed to use reasonable care in using force against Plaintiff, and in acting in the manner alleged hereinabove, invaded Plaintiff's right to live without being put into fear of personal harm. These Defendants intended

to perform the acts that resulted in the threatened and actual harmful and offensive contact with Plaintiff that is alleged hereinabove. Plaintiff did not consent to the use of this unreasonable, unnecessary, and excessive force, and did not consent to the threatened and actual harmful and offensive contact that resulted therefrom.

33. As a result of Defendants Sutherland, Azevedo, and DOES 1-10, failure to use reasonable care in the use of force against Plaintiff, Plaintiff has incurred and will continue to incur medical expenses, pain and suffering and mental suffering and emotional distress.

34. The Defendants' conduct was malicious, wanton, oppressive, and accomplished with a conscious disregard for the rights of Plaintiff, entitling Plaintiff to an award of exemplary and punitive damages.

## SIXTH CLAIM FOR RELIEF

### (Against All Defendants For Negligence)

35. Plaintiff realleges and incorporates paragraphs 1 through 34 as though fully set forth herein.

36. A police officer has a duty to use reasonable care in using force.

37. Defendants Sutherland, Azevedo, and DOES 1-10, while working as police officers for the City of Porterville, California, and while acting within the course and scope of their duties, failed to use reasonable care in using force against Plaintiff.

38. Defendants' conduct was a legal cause of Plaintiff's suffering the injuries and damages alleged hereinabove.

39. As a consequence of these Defendants' failure to use reasonable force, Plaintiff has incurred and will continue to incur medical expenses, pain and suffering, and severe mental suffering and emotional distress.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory and general damages in the amount of at least $1,000,000;

2. For punitive and exemplary damages against the individual defendants in an amount necessary to punish and deter their misconduct;

3. For reasonable attorney fees incurred herein pursuant to 42 U.S.C. § 1984;

4. For costs of suit incurred herein; and

5. For such other and further relief as the Court deems just and proper.

Dated: February 4, 2010        THE CLAYPOOL LAWFIRM

By: _____
Brian E. Claypool
Attorneys for Plaintiff

## DEMAND FOR JURY

Plaintiff hereby demands trial by jury upon each claim for relief alleged herein.

Dated: February 4, 2010        THE CLAYPOOL LAWFIRM

By: _____
Brian E. Claypool
Attorneys for Plaintiff