# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN STEWART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PORTERVILLE, et.al.,<br><br>　　　　　Defendants._____/ | CASE NO. 1:10-cv-00199 LJO SKO<br><br>**ORDER TO FILE JOINT SCHEDULING REPORT OR SHOW CAUSE** |

On February 9, 2010, the Court issued an Order Setting Mandatory Scheduling Conference ("Order"). The Order explicitly instructed the parties as to the preparation of a Joint Scheduling Report to be filed in advance of the scheduling conference:

> A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format.

The scheduling conference was set for July 20, 2010. The parties have failed to timely file their Joint Scheduling Report. Accordingly, it is ORDERED that, **no later than July 15, 2 010**, the parties shall file their Joint Scheduling Report or show cause why the Court should not impose sanctions under Local Rule 110 for failing to comply with an order of this Court.

IT IS SO ORDERED.

**Dated:　July 14, 2010**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1